HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

| | |
|---|---|
| Plaintiff, | Honorable Christine P. O'Hearn |
| ROCKEFELLER PHOTOS LLC | CIVIL ACTION NO. 1:25-cv-16202-CPO-AMD |
| vs. | **ANSWER, SEPARATE DEFENSES, REQUEST FOR DISCOVERY, DESIGNATION OF TRIAL COUNSEL, JURY DEMAND,** |
| Defendant, | |
| 9 SOUTH BAR & RESTAURANT d/b/a SOUTH 9 BAR & GRILLE | **ELECTRONICALLY FILED** |

Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille, by way of Answer to Plaintiff's Complaint, says:

**THE PARTIES**

1.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

2.    This Defendant admits the allegations contained in this paragraph.

**JURISDICTION AND VENUE**

3.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

4.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

5.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

## FACTS

### I.    Plaintiff's Business and History

6.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

7.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

### II.    The Work at Issue in this Lawsuit

8.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

9.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

10.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

11.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

### III.    Defendant's Unlawful Activities

12.    This Defendant admits the allegations contained in this paragraph.

13.    This Defendant denies the allegations contained in this paragraph.

14.    This Defendant denies the allegations contained in this paragraph.

15.    This Defendant denies the allegations contained in this paragraph.

16.    This Defendant denies the allegations contained in this paragraph.

17.    This Defendant denies the allegations contained in this paragraph.

18.    This Defendant denies the allegations contained in this paragraph.

19.    This Defendant denies the allegations contained in this paragraph.

20.    This Defendant denies the allegations contained in this paragraph.

**HOAGLAND, LONGO,
MORAN, DUNST &
DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ
08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

## **COUNT I – COPYRIGHT INFRINGEMENT**

21.    This Defendant repeats and reiterates each and every response to prior allegations as if same were set forth herein at length.

22.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

23.    This Defendant has insufficient knowledge to admit or deny the allegations contained in this paragraph.

24.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

25.    This Defendant denies the allegations contained in this paragraph.

26.    This Defendant denies the allegations contained in this paragraph.

27.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

28.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

29.    This Defendant denies the allegations contained in this paragraph.

30.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

31.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

32.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

33.    The allegations contained in this paragraph call for a legal conclusion and are therefore denied.

WHEREFORE, Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille demands judgment dismissing the Complaint, together with costs and counsel fees.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

### FIRST SEPARATE DEFENSE

If Plaintiff suffered damages, the same were caused by Plaintiff's sole negligence.

### SECOND SEPARATE DEFENSE

If Plaintiff suffered damages, the same were caused by Plaintiff's contributory negligence.

### THIRD SEPARATE DEFENSE

If Plaintiff suffered damages, the same were caused by third persons over whom this Defendant had no control.

### FOURTH SEPARATE DEFENSE

The incident which forms the basis of this litigation and which allegedly caused the injuries and damages to Plaintiff was proximately caused or contributed to by the fault of third parties not parties to this suit. The responsibility of this Defendant and the right of Plaintiff to recover in this litigation can only be determined after the percentages of responsibility of all parties to this litigation have been determined. Accordingly, this Defendant seeks an adjudication of the percentage of fault of Plaintiff and each and every person whose fault contributed to this incident.

### FIFTH SEPARATE DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### SIXTH SEPARATE DEFENSE

Plaintiff's cause of action is barred by the applicable Statute of Limitations and/or Repose.

### SEVENTH SEPARATE DEFENSE

This Defendant did not violate any duty owed to Plaintiff under common law, statute, regulations or standards.

### EIGHTH SEPARATE DEFENSE

The conduct of this Defendant was not negligent.

### NINTH SEPARATE DEFENSE

The conduct of this Defendant was not the proximate cause of Plaintiff's alleged damages.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

## TENTH SEPARATE DEFENSE

At the time and place aforesaid, Plaintiff and/or Co-Defendant(s) were negligent, barring or limiting recovery in whole or in part, and this Defendant pleads the Comparative Negligence Statute as to all parties.

## ELEVENTH SEPARATE DEFENSE

The alleged damages complained of were due to unavoidable circumstances and causes beyond the control or fault of this Defendant.

## TWELFTH SEPARATE DEFENSE

There was insufficiency of process as to this Defendant.

## THIRTEENTH SEPARATE DEFENSE

There was insufficiency of service of process as to this Defendant.

## FOURTEENTH SEPARATE DEFENSE

The Court lacks jurisdiction over the person of this Defendant.

## FIFTEENTH SEPARATE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

## SIXTEENTH SEPARATE DEFENSE

Venue of this action is improper and this Defendant reserves the right to move for transfer.

## SEVENTEENTH SEPARATE DEFENSE

This Defendant reserves the right to move for a dismissal of Plaintiff's Complaint pursuant to Rules 4:4-1 and 4:37-2.

## EIGHTEENTH SEPARATE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## NINETEENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the applicable statute of laches.

## TWENTIETH SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

### TWENTY-FIRST SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### TWENTY-SECOND  SEPARATEDEFENSE

The Court lacks subject matter jurisdiction over this action.

### TWENTY-THIRD SEPARATE DEFENSE

The Court lacks subject matter over Defendant.

### TWENTY-FOURTH SEPARATE DEFENSE

Plaintiff's claims are barred because the alleged damages, in any, were caused by the actions of a third person over whom Defendant has no authority, control, or responsibility.

### TWENTY-FIFTH SEPARATE DEFENSE

Plaintiff's claims are barred because they failed to mitigate their damages.

### TWENTY-SIXTH SEPARATE DEFENSE

Plaintiff is not the owner of the purported copyright.

### TWENTY-SEVENTH SEPARATE DEFENSE

Plaintiff's claims are barred because plaintiff lacks standing to bring claims against Defendant.

### TWENTY-EIGHTH SEPARATE DEFENSE

Plaintiff's claims are barred because Defendant acted in good faith at all times.

### TWENTY-NINTH SEPARATE DEFENSE

Plaintiff fails to state facts sufficient to permit recovery of attorney's fees.

### THIRTIETH SEPARATE  DEFENSE

Plaintiff's Complaint warrants dismissal because it involves a subject matter that is not copyrightable.

### THIRTY-FIRST SEPARATE DEFENSE

The fair use doctrine applies.

HOAGLAND, LONGO,
MORAN, DUNST &
DOUKAS, LLP

40 PATERSON STREET
NEW BRUNSWICK, NJ
08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

## THIRTY-SECOND SEPARATE DEFENSE

Plaintiff's Complaint warrants dismissal because the material in question lacks the originality required to form the basis of a claim.

## THIRTY-THIRD SEPARATE DEFENSE

Plaintiff's Complaint warrants dismissal because Plaintiff forfeited their right to sue by general publication without the statutory copyright notice.

## THIRTY-FOURTH SEPARATE DEFENSE

That the plaintiff did not comply with statutory provisions under the Copyright Act, including lack of proper notice, failure to publish in accordance with the statute, failure to deposit copies in the Copyright Office and/or to secure a copyright registration prior to initiation of the action.

## THIRTY-FIFTH SEPARATE DEFENSE

Defendant was an innocent infringer, if at all, and is not liable for damages.

## THIRTY-SIXTH SEPARATE DEFENSE

Plaintiff's action is barred by the doctrine of abandonment.

## THIRTY-SEVENTH SEPARATE DEFENSE

Plaintiff's action is barred by the doctrine of waiver.

## THIRTY-EIGHTH SEPARATE DEFENSE

This Court lacks jurisdiction over the person of this Defendant in that service of process was not made in accordance with the provisions of the Federal Rules of Civil Procedure.

## THIRTY-NINTH SEPARATE DEFENSE

This Court lacks in personal jurisdiction over the person of this Defendant.

## FORTIETH SEPARATE DEFENSE

Defendant may have certain other affirmative defenses that have not yet become apparent based on the allegations of the Complaint. Defendants reserve the right to assert any additional affirmative defenses by amendment of this pleading or as otherwise provided for by law.

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

## REQUEST FOR DISCOVERY

**PLEASE TAKE NOTICE** that demand is hereby made of Plaintiff for complete compliance with Rule 26, for all discovery items/documentation.

## DESIGNATION OF TRIAL COUNSEL

Be advised that **John C. Simons Esq. and Joseph V. Leone, Esq.** has been designated as trial counsel on behalf of Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille in the above-captioned matter.

## JURY DEMAND

Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille hereby demands a trial by jury in accordance with Federal Rule of Civil Procedure 38.

## CERTIFICATION OF PERSONAL IDENTIFIERS

In accordance with Rule 5.2 and District Court of New Jersey Electronic Case Filing Policy and Procedure 17, I hereby certify that no confidential personal identifiers are contained in the papers now being submitted to the Court.

## CERTIFICATION OF OTHER PROCEEDINGS

I hereby certify that the matter in controversy is not the subject of any other civil action or arbitration proceeding, now or contemplated, and that at this time no other parties should be joined in this action.

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant 9 South Bar & Restaurant LLC d/b/a
South 9 Bar & Grille

By: _____
        JOSEPH V. LEONE

Dated:  December 17, 2025

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ
08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701

## PROOF OF MAILING

I, **Joseph V. Leone, Esq.**, hereby certify that on this date that I served via electronic filing, a true and accurate copy of the within Answer to Plaintiff's Complaint on behalf of Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille to the following:

> Ms. Melissa E. Rhoads
> Clerk, United States District Court
> Martin Luther King, Jr. Federal Building and US Courthouse
> 50 Walnut Street
> Newark, NJ 07102

I hereby certify that on this date that I served via electronic mail, a true and accurate copy of the within Answer to Plaintiff's Complaint on behalf of Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille to the following:

> Mr. Daniel DeSouza, Esq.
> Copycat Legal PLLC
> 3111 N. University Drive, Suite 301
> Coral Springs, FL 33065
> Attorney(s) for Plaintiff
> Rockefeller Photos, LLC

I certify that the foregoing statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

> HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
> Attorneys for Defendant 9 South Bar & Restaurant LLC d/b/a South 9 Bar & Grille

By: _____
     JOSEPH V. LEONE

Dated:  December 17, 2025

emc

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701